# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARUN BYRD,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,**  Defendant. | **NO. 17-2993** |

## O R D E R

**AND NOW**, this 27th day of April, 2018, **IT IS ORDERED** that the referral of the above-captioned case to United States Magistrate Judge David R. Strawbridge for a report and recommendation (ECF No. 6) is **RESCINDED**. The undersigned Judge shall review Plaintiff's request for review.

                                              **BY THE COURT:**

                                              /s/Wendy Beetlestone, J.

                                              **WENDY BEETLESTONE, J.**