IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARUN BYRD,**  Plaintiff, | CIVIL ACTION |
| v. | |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,**  Defendant. | NO. 17-2993 |

## O R D E R

**AND NOW**, this 27th day of April, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12); Defendant's Response to Request for Review (ECF No. 13); and Plaintiff's Reply (ECF No. 16), **IT IS ORDERED** that Plaintiff's request is **DENIED** and the final decision by the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**